January 23, 2025

KY Motel Inc.
Sunal Patel
Popatlal Patel
1500 Bradford Lane
Carbondale, IL 62902

**FILED**
James J. Vilt Jr,
Clerk
1/23/2025
U.S. District Court
Western District of Kentucky

RE:   5:24-cv-00008-BJB-LLK
      Doe v. Wyndham Hotels and Resorts, Inc et al

To whom it may concern:

We are writing in regards to the above-mentioned case. My father, Popatlal Patel, is the named owner of said property, but due to his health and early stages of dementia, he received this letter but did not inform me of it and just put it in a pile of documents. I live in Chicago and come help take care of things for him when I come to town and I found this letter in a pile of documents I was going through this week, so I apologize for the very late response. My father is the main owner, but I do have a small percentage in the ownership of this property and due to his health, I am the one that's taking care of this for him.

I originally filed on this case when it was delivered to us, and I filed pro se, due to us not having a Paducah attorney. I also filed as such because we had a lease to buy contract on this property to Vidhi Inc. Our name, KY Motel Inc., was of course still on the property because we owned it and still do, but business was being run completely by Vidhi Inc. at that time and they remodeled and made it into Super 8 which is a Wyndham hotel brand. We did not over see how they ran the business or who checked in or when. They had complete rights to run the property as tenants until they executed the right to purchase the property as owners.

I think we are named in this suit due to the fact that we owned the property, but again we had nothing to do with it and ask to be removed from this case. We are in such a hard time that we can't afford to have another legal bill for something we have nothing to do with so again request to continue as pro se and I ask the court to please pardon us from this case.

Sincerely,

*[signature]*

Sunal Patel

*[signature] P. B. Patel [signature]*

Popatlal Patel