January 24, 2025

KY Motel Inc.
Sunal Patel
Popatlal Patel
1500 Bradford Lane
Carbondale, IL 62902

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Jan 24, 2025_____

RE:     5:24-cv-00008-BJB-LLK
        Doe v. Wyndham Hotels and Resorts, Inc et al

To whom it may concern:

I submitted a letter yesterday requesting for pro se representation, but I also wanted to inform the court that we have submitted the suit to our current insurance company as well.

Sincerely,

*[signature]*

Sunal Patel

*[signature: P. B. Patel]*

Popatlal Patel